DIANA G. DICKINSON, Bar No. 13477
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:      702.862.8811
Email: ddickinson@littler.com

Attorney for Defendant
BACKGROUNDCHECKS.COM LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Nathan Bain,<br><br>                  Plaintiff,<br><br>        v.<br><br>Backgroundchecks.com LLC; Equifax Information Services LLC; and Kia America, Inc. dba Kia Motor Finance,<br><br>                  Defendants. | Case No. 2:22-cv-00851-RFB-VCF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT BACKGROUNDCHECKS.COM LLC TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff NATHAN BAIN ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of June 23, 2022, up to and including **July 25, 2022**.

The requested extension is necessary in light of the fact that Defendant's counsel was recently retained. The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to the Complaint.

/ / /

/ / /

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

| | |
|---|---|
| Dated: June 21, 2022 | Dated: June 21, 2022 |
| Respectfully submitted, | Respectfully submitted, |
| | |
| */s/ Gerardo Avalos* | */s/ Diana G. Dickinson* |
| MICHAEL KIND, ESQ.<br>KIND LAW | DIANA G. DICKINSON, ESQ.<br>LITTLER MENDELSON, P.C. |
| GEORGE HAINES, ESQ.<br>GERARDO AVALOS, ESQ.<br>FREEDOM LAW FIRM, LLC | *Attorney for Defendant*<br>BACKGROUNDCHECKS.COM LLC |
| *Attorneys for Plaintiff*<br>NATHAN BAIN | |

**IT IS SO ORDERED.**

Dated:  June 22, 2022

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON
P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

2