1  J Christopher Jorgensen, Esq.
   Nevada Bar No. 5382
2  Chad Olsen, Esq.
   Nevada Bar No. 12060
3  **LEWIS ROCA ROTHGERBER CHRISTIE LLP**
   3993 Howard Hughes Parkway, Suite 600
4  Las Vegas, NV 89169
   Tel: (702) 949-8200
5  Fax: (702) 949-8398
   CJorgensen@lewisroca.com
6  COlsen@lewisroca.com

7  *Attorneys for Defendant Kia America, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| Nathan Bain, | Case No. 2:22-cv-00851-RFB-VCF |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT KIA AMERICA, INC.'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |
| Backgroundchecks.com LLC; Equifax Information Services LLC; and Kia America, Inc. dba Kia Motor Finance, | |
| Defendant. | **(FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant Kia America, Inc. ("Kia"), through its attorneys, respectfully requests that the Court extend the deadline in which Kia has to answer or otherwise plead to Plaintiff's Complaint, by 21 days, through and until July 13, 2022. In support of its Motion, Kia states as follows:

1. Plaintiff filed the Complaint initiating this action on May 27, 2022. [Dkt. 1].

2. Plaintiff served the Summons and Complaint on Kia effective June 1, 2022. [Dkt. 6]. This established an initial deadline for Kia to respond to the Complaint by June 22, 2022. *Id.*

3. Kia's deadline to respond to the Complaint has not yet expired.

4. Kia now respectfully requests that the Court extend Kia's deadline to respond to the Complaint by 21 days, through and including July 13, 2022.

5. Counsel for Kia discussed the requested extension with counsel for Plaintiff, who does not oppose the requested extension.

118010300.1

6. Kia desires additional time to respond to the Complaint in order to investigate the allegations and determine whether early resolution is possible.

7. This is Kia's first request for an extension; this request is brought in good faith and not made to unnecessarily delay discovery or the proceedings in this matter.

8. No party will be prejudiced by the requested extension nor, respectfully, will the extension unduly burden the Court.

9. Granting the requested extension is in the interest of justice and is otherwise right and proper.

**WHEREFORE** Defendant Kia America, Inc. respectfully requests that the Court grant its Unopposed Motion for Extension of Time to Respond to Complaint, extending its deadline to answer or otherwise plead to Plaintiff's Complaint by and through July 13, 2022, and award such other relief the Court deems just and proper.

DATED this 22nd day of June, 2022.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

/s/ *J Christopher Jorgensen*
J Christopher Jorgensen, Esq.
Nevada Bar No. 5382
Chad Olsen, Esq.
Nevada Bar No. 12060
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
CJorgensen@lewisroca.com
COlsen@lewisroca.com

*Attorneys for Defendant Kia America, Inc.*

**IT IS SO ORDERED**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED: June 24, 2022**

## CERTIFICATE OF SERVICE

I hereby certify that, on June 22, 2022, a true and exact copy of the foregoing has been served upon all parties via CM/ECF.

    /s/ Annette Jaramillo
An employee of Lewis Roca
Rothgerber Christie LLP