J Christopher Jorgensen, Esq.
Nevada Bar No. 5382
Chad Olsen, Esq.
Nevada Bar No. 12060
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
CJorgensen@lewisroca.com
COlsen@lewisroca.com

*Attorneys for Defendant Kia America, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Nathan Bain,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Backgroundchecks.com LLC; Equifax Information Services LLC; and Kia America, Inc. dba Kia Motor Finance,<br><br>　　　　　Defendant. | Case No. 2:22-cv-00851-RFB-VCF<br><br>**DEFENDANT KIA AMERICA, INC.'S STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Defendant Kia America, Inc. ("Kia") and Plaintiff Nathan Bain ("Plaintiff"), by and through their undersigned attorneys, hereby agree and stipulate to extend the time for Kia to respond to the Complaint from the current deadline of July 13, 2022 up to and including July 25, 2022.

Kia and Plaintiff are investigating and discussing the allegations and underlying facts of this matter, and the requested extension will enable the parties to attempt to resolve without the need for further litigation, and to afford time for Kia to prepare a response to the Complaint if early resolution is not reached.

. . .

. . .

. . .

118209516.1

LEWIS ROCA
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

1  Kia previously obtained one extension of its response deadline by unopposed motion. This
2  stipulation is Kia's second request for an extension of its response deadline. This request is made
3  in good faith and not for the purpose of delaying these proceedings.

DATED: July 12, 2022             **LEWIS ROCA ROTHGERBER CHRISTIE LLP**

/s/ *J Christopher Jorgensen*
J Christopher Jorgensen, Esq.
Nevada Bar No. 5382
Chad Olsen, Esq.
Nevada Bar No. 12060
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
CJorgensen@lewisroca.com
COlsen@lewisroca.com
*Attorneys for Defendant Kia America, Inc.*

DATE: July 12, 2022             **KIND LAW**

/s/ *Michael Kind*
Michael Kind, Esq. (SBN 13903)
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
Telephone: 702-337-2322
mk@kindlaw.com

**FREEDOM LAW FIRM, LLC**

George Haines, Esq. (SBN 9411)
Gerardo Avalos, Esq. (SBN 15171)
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
Telephone: 702.880-5554
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
*Attorneys for Plaintiff Nathan Bain*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7-13-2022

118209516.1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that, on July 12, 2022, a true and exact copy of the foregoing has been served upon all parties via CM/ECF.

          /s/ Annette Jaramillo
An employee of Lewis Roca
Rothgerber Christie LLP

118209516.1

- 3 -