DIANA G. DICKINSON, Bar No. 13477
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: ddickinson@littler.com

Attorney for Defendant
BACKGROUNDCHECKS.COM LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Nathan Bain,<br><br>    Plaintiff,<br><br>    v.<br><br>Backgroundchecks.com LLC; Equifax Information Services LLC; and Kia America, Inc. dba Kia Motor Finance,<br><br>    Defendants. | Case No. 2:22-cv-00851-RFB-VCF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT BACKGROUNDCHECKS.COM LLC TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[SECOND REQUEST]** |

Plaintiff NATHAN BAIN ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of July 25, 2022, up to and including **August 24, 2022**.

This is the second request for an extension of time to respond to the Complaint. The requested extension is necessary in light of the fact the parties have begun discussions regarding the scope and handling of the case and potential resolution of this matter. The additional time will allow the parties to complete these discussions for efficiency before having to engage in motion practice.

///

LITTLER MENDELSON
P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

1

This request is made in good faith and not for the purpose of delay, and the parties believe the interests of judicial economy support granting this extension.

Dated: July 22 2022

Respectfully submitted,

*/s/ Gerardo Avalos*
MICHAEL KIND, ESQ.
KIND LAW

GEORGE HAINES, ESQ.
GERARDO AVALOS, ESQ.
FREEDOM LAW FIRM, LLC

*Attorneys for Plaintiff*
NATHAN BAIN

Dated: July 22, 2022

Respectfully submitted,

*/s/ Diana G. Dickinson*
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

*Attorney for Defendant*
BACKGROUNDCHECKS.COM LLC

**IT IS SO ORDERED.**

Dated: 7-22-2022

_____
UNITED STATES MAGISTRATE JUDGE

4864-7444-6634.1 / 107811-1020

LITTLER MENDELSON
P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

2