1    DIANA G. DICKINSON, Bar No. 13477
     LITTLER MENDELSON P.C.
2    3960 Howard Hughes Parkway
     Suite 300
3    Las Vegas, Nevada 89169.5937
     Telephone:    702.862.8800
4    Fax No.:       702.862.8811
     Email: ddickinson@littler.com
5
     Attorney for Defendant
6    BACKGROUNDCHECKS.COM LLC

7

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10

11   Nathan Bain,                           Case No. 2:22-cv-00851-RFB-VCF

12                 Plaintiff,

13        v.                                **STIPULATION TO EXTEND TIME FOR
                                            DEFENDANT BACKGROUNDCHECKS.COM**
14   Backgroundchecks.com LLC; Equifax      **LLC TO FILE RESPONSIVE PLEADING TO**
     Information Services LLC; and Kia      **PLAINTIFF'S COMPLAINT**
15   America, Inc. dba Kia Motor Finance,
                                            **[THIRD REQUEST]**
16                 Defendants.

17

18

19        Plaintiff NATHAN BAIN ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM LLC

20   ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time

21   for Defendant to file a response to the Complaint from the current deadline of August 24, 2022, up to

22   and including **September 23, 2022**.

23        This is the third request for an extension of time to respond to the Complaint.  The requested

24   extension is necessary due to attempts to resolve this matter.  The additional time will allow the parties

25   to complete these discussions regarding the handling of the case and potential resolution before having

26   to engage in motion practice.

27   / / /

28   / / /

LITTLER MENDELSON
      P.C.
3960 Howard Hughes Parkway
      Suite 300
Las Vegas, NV  89169.5937
    702.862.8800

                                                    1

1    This request is made in good faith and not for the purpose of delay, and the parties believe the

2    interests of judicial economy support granting this extension.

3

4    Dated:  August 22, 2022                          Dated:  August 22, 2022

5    Respectfully submitted,                          Respectfully submitted,

6

7    */s/ Gerardo Avalos, Esq.*                       */s/ Diana G. Dickinson, Esq.*
     MICHAEL KIND, ESQ.                               DIANA G. DICKINSON, ESQ.

8    KIND LAW                                         LITTLER MENDELSON, P.C.

9    GEORGE HAINES, ESQ.                              *Attorney for Defendant*
     GERARDO AVALOS, ESQ.                             BACKGROUNDCHECKS.COM LLC
     FREEDOM LAW FIRM, LLC

10

11   *Attorneys for Plaintiff*
     NATHAN BAIN

12

13                                                    **IT IS SO ORDERED.**

14                                                    Dated:  ____8-26-2022____

15

16

17                                                    _____
                                                      UNITED STATES MAGISTRATE JUDGE

18

19   4865-8954-0143.1 / 107811-1020

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

2