Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Nathan Bain*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Nathan Bain,<br>                Plaintiff,<br> v.<br><br>Backgroundchecks.com LLC; et al.,<br>                Defendants. | Case No.: 2:22-cv-00851-RFB-VCF<br><br>**Stipulation for dismissal of Kia America, Inc. dba Kia Motor Finance with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Nathan Bain and Kia America, Inc. dba Kia Motor Finance stipulate to dismiss Plaintiff's claims against Kia America, Inc. dba Kia Motor Finance with prejudice.

STIPULATION                                      - 1 -

1 | Each party will bear its own costs, disbursements, and attorney fees.

2 | Dated: March 15, 2023.

3

4 | **KIND LAW**

5 | /s/ Michael Kind

6 | Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106

7 | Las Vegas, Nevada 89123

8

9 | **FREEDOM LAW FIRM**

10 | /s/ George Haines

11 | George Haines, Esq.
8985 S. Eastern Ave., Suite 350

12 | Las Vegas, Nevada 89123
*Counsel for Plaintiff Nathan Bain*

13

14 | **LEWIS ROCA ROTHGERBER CHRISTIE LLP**

15

16 | /s/ Chad Olsen
Chad Olsen, Esq.

17 | J Christopher Jorgensen, Esq.
3993 Howard Hughes Parkway Suite 600

18 | Las Vegas, NV 89169

19 | *Counsel for Kia America, Inc. dba Kia Motor Finance*

20 | IT IS SO ORDERED:

21

22

23 | _____
RICHARD E. BOULWARE, II

24 | **United States District Court**

25 | DATED this 17th day of March, 2023.

26

27

STIPULATION               - 2 -